■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASAN TAYLOR, Appellant. [700 NYS2d 768] —Appeal from a judg-

ment of the County Court of Broome County (Mathews, J.), rendered March 16, 1998, convicting defendant upon his plea of guilty of the crime of attempted robbery in the second degree.

Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon review of the record and defense counsel's brief, we agree. Defendant entered a knowing, voluntary and intelligent plea of guilty to attempted robbery in the second degree and was sentenced, as a second violent felony offender, to a determinate prison term of five years. His sentence was in accordance with the negotiated plea agreement and the relevant statutory requirements. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Mercure, J. P., Crew III, Peters, Carpinello and Graffeo, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.